135 A.3d 580

Jane DOES 1–5, and Intervenor, Appellants

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF EDUCATION, and Professional Standards and Practices Commission, Appellees.

Supreme Court of Pennsylvania.

April 25, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of April, 2016, the order of the Commonwealth Court is

AFFIRMED.